MARY GONZALEZ, Also Known as MARIANA RIVERA, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 104279.)

Submitted July 6, 2010; decided September 14, 2010

Motion for reargument of motion for leave to appeal denied [*see* 13 NY3d 712 (2009)].

ROBERT HENRY, Appellant, v PEDRO L. PEGUERO et al., Respondents.

Decided September 14, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

DONALD J. JONES et al., Appellants, v TOWN OF CARROLL et al., Respondents.

Submitted August 2, 2010; decided September 14, 2010

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 15 NY3d 139 (2010)].